E-FILED
Wednesday, 04 June, 2008  03:56:09 PM
Clerk, U.S. District Court, ILCD

# United States District Court

FILED

CENTRAL _____ DISTRICT OF _____ ILLINOIS

JUN - 4 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

Jeffrey Scot Ellington

## CRIMINAL COMPLAINT

CASE NUMBER: 08-MJ-6027

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about July 15, 2007 through April 08, 2008, in Peoria County in the Central District of Illinois, and elsewhere, the defendant, (Track Statutory Language of Offense)

knowingly distributed child pornography that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

I further state that I am a(n)  Special Federal Officer for the Federal Bureau of Investigation  and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:     XX Yes     No

S/James C Feehan

Signature of Complainant
Special Federal Officer James C. Feehan,
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

June 04, 2008                    at    Peoria, Illinois
_____          _____
Date                                  City and State

S/John A. Gorman

John A. Gorman
United States Magistrate Judge
_____          _____
Name & Title of Judicial Officer      Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA, ILLINOIS

### AFFIDAVIT

I, Special Federal Officer James C. Feehan, being duly sworn on oath state the following:

I am a detective with the Peoria Police Department, located in Peoria, Illinois and have been employed there from April 27, 1998 to present. I am also a Special Federal Officer (SFO) through the sponsorship of the Federal Bureau of Investigation (FBI). I am also a member of the United States Attorney's Office Central Illinois Cyber crime Unit (CICU) based in Peoria, Illinois. I have experience enforcing Federal laws, including violations of Title 18, United States Code, Section 2252A(a)(2)(A), which makes it a violation for anyone to knowingly distribute child pornography that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer. I have received extensive training in criminal investigations, computer crime investigations, computer forensic exams, identity theft, fraud, and child exploitation investigations. In addition, I am an EnCE certified computer forensic examiner. I have conducted numerous investigations, state and federal, involving computer crimes, identity theft, fraud, and child pornography resulting in arrests and seizures. I have also been involved in the execution of numerous search warrants.

This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

This affidavit is submitted in support of a criminal complaint and arrest warrant for JEFFREY SCOT ELLINGTON for knowingly distributing child pornography that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

Section 2252A(a)(2)(A) makes it a federal criminal offense for anyone to knowingly receive child pornography, that has either been shipped in interstate commerce or been produced using materials which have been shipped in interstate commerce.

## INVESTIGATION

I am familiar with the following facts based upon my own personal observations, as well as information officially supplied to me by Sam Gagliardi, Amy Sherman and Gene Breeden.

On November 17, 2004, Federal Bureau of Investigation Special Agent Greg Catey and this affiant initiated a federal criminal investigation after Sam Gagliardi, a friend of Jeffrey Ellington, reported that he had viewed child pornography within Ellington's e-mail account titled "Handyman2666@Yahoo.com". During that incident, Gagliardi saved a copy of the child pornography onto one of his spare hard drives for purposes of notifying law enforcement. Pursuant to Gagliardi's consent, a digital forensic examination was conducted of the hard drive. Two video files depicting child pornography, titled "R@YGOLD7yold girl kiddy porn.mpg" and "BabyJ-Goes+to=Washington!.WMV" were located stored on the hard drive. Also recovered during that exam was an email message from Jeffrey Ellington, utilizing email address "Handyman2666@Yahoo.com" requesting video files from "Niceguy4ever7979@Yahoo.com". Yahoo.com email servers are located in Sunnyvale, California.

Based upon the information provided by Gagliardi and the digital forensic examination, a

subpoena was served upon Yahoo Incorporated requesting subscriber information and Internet protocol (IP) address activity logs for Yahoo accounts Handyman2666@Yahoo.com and Niceguy4ever7979@Yahoo.com. On January 24, 2005, Yahoo Incorporated responded to the subpoena by providing documentation indicating that Yahoo account Handyman2666 was registered to Jeffrey Ellington. Further, IP activity logs indicated that IP address 12.221.38.229 was utilized to access the Yahoo account on January 21, 2005 at 11:09 PM, Eastern Standard Time. A search of IP address 12.221.38.229 resolved to Insight Communications, Incorporated located in New York, New York.

On February 02, 2005, a subpoena was served upon Insight Communications requesting subscriber information for IP address 12.221.38.229 utilized on January 21, 2005 at 2309 Eastern Standard Time. On February 14, 2005, Insight Communications responded to the subpoena with documentation indicting that the IP address utilized on January 21, 2005 at 11:09 PM EST, resolved to Jeffrey Ellington, with Internet cable service installed at his residence located at 1500 North Knoxville Avenue, apartment 11, in Peoria, Illinois.

Amy Sherman resides at 1500 North Knoxville Avenue, apartment 9 in Peoria, Illinois, directly next door to Jeffrey Ellington. Gene Breeden also resides at 1500 North Knoxville Avenue, just one floor below Jeffrey Ellington. On June 2, 2008, Amy Sherman and Gene Breeden contacted FBI SFO James C. Feehan to report child exploitation occurring within apartment 11 of 1500 North Knoxville Avenue. Sherman and Breeden reported that they frequently smoke cigarettes together in the hallway outside of their apartments. Both stated that they frequently overhear conversations occurring with other residents as the apartment walls and doors are thin and allow sounds to easily be heard from the hallway. Sherman and Breeden are familiar with the individual that resides in apartment 11 and stated that he frequently (every night) uses his computer to have online voice-chat sessions with underage

minors. Sherman and Breeden only know the individual as "Jeffrey".

On May 23, 2008, while in the hallway, Sherman and Breeden overheard Jeffrey participating in an online voice chat session. During that chat conversation, Sherman and Breeden overheard Jeffrey chatting with two minors. Sherman and Breeden believe that the girls were minors because neither girl knew what a French kiss was, both were virgins and the fact that Ellington was educating them with sexual terms. Ellington was also encouraging the girls to participate in a sexual encounter together. Based upon hearing Ellington's conversation, Sherman and Breeden believe that Ellington was masturbating while watching the girls on a web camera.

On May 27, 2008, while in the hallway, Sherman and Breeden overheard Jeffrey participating in an online voice chat session. During that chat conversation, Sherman and Breeden overheard Jeffrey ask the other person their age. During the conversation, Jeffrey verbally repeated that the girl was "Missy" who is sixteen years of age from St. Louis, Missouri. Jeffrey then began requesting the minor to send him sexually explicit photographs in addition to persuading her to sexually touch herself.

On May 27, 2008, Sherman and Breeden again overheard Jeffrey participating in an online voice chat session, this time with two individual minors named "Lacy" and "Brooke". Again as with other nightly chats, Ellington takes on a therapist role educating and counseling the minors in sexual education. After gaining the girls trust, Ellington then requests the minors to send him sexually explicit photographs. On one evening around May 27, 2008, Sherman overheard Ellington having a voice chat session with an unknown individual. During that conversation, Ellington explains to the other individual that they need to be careful sending and receiving photographs as to "not get busted".

On June 02, 2008, Sherman was shown a driver license photograph of Jeffrey Ellington, born April 13, 1968, obtained from the Illinois Secretary of State, taken in February, 2006. After viewing the

photograph, Sherman immediately identified the picture as that of the individual she knows as Jeffrey who lives next door and who has been having the chat conversations.

On June 03, 2008, a federal search warrant was issued by United States Magistrate Judge John A. Gorman authorizing the search of Ellington's residence, 1500 North Knoxville Avenue, apartment #11 in Peoria, Illinois. Seized during the execution of the search warrant was a computer tower, compact discs and DVD discs. A subsequent forensic preview of those items indicated the presence of child pornography.

Also on June 03, 2008, an interview was conducted of Ellington at his residence. During that interview, Ellington admitted to interviewing agents that he had traded approximately 400 to 500 or more files which depict child pornography. Additionally, he would download the files depicting child pornography onto his computer, then burn the files to CD and DVD discs. Ellington possessed these files for purposes of self gratification and masturbation.

Ellington also admitted to agents that he has had chat conversations with numerous minors as young as four years of age. Generally, Ellington chats with minors ages eight to fourteen on a nightly basis. During these chats, Ellington uses his web camera to expose and masturbate himself while the minors watch. Ellington also requests the minors to engage in sexual activity with themselves while they watch him masturbate. Ellington provided agents with approximately five screen names of minors, ages seven to fourteen, with whom he has sexually enticed.

On June 03, 2008, a forensic preview was conducted of the computer seized from Ellington's apartment. Stored within the Yahoo messenger photo sharing folder was files which depicted child pornography. The images were of pre-pubescent female minors engaged in sexual activity with adult men and or exposing their genitalia. The fact that the files resided in the Yahoo messenger photo

sharing folder indicated that they had been distributed to other Yahoo users on various dates from July 15, 2007 through April 8, 2008 by Ellington. .

Therefore, it is respectfully requested that the criminal complaint and arrest warrant issue authorizing the arrest of JEFFREY SCOT ELLINGTON. .

S/James C Feehan

James C Feehan Jr., Special Federal Officer

Federal Bureau of Investigation, Central Illinois Cyber-crime Unit

Subscribed and sworn to before me this 4th day of June, 2008
S/John A. Gorman

John A. Gorman

United States Magistrate Judge