IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

FILED
JUN 1 7 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 08-10046 |
| ) | |
| JEFFREY SCOT ELLINGTON, ) | VIO: Title 18, United States Code, |
| ) | Section 2252(A)(2) and (b)(1) |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (DISTRIBUTION)

Between on or about July 15, 2007, and continuing to on or about April 8, 2008, in the Central District of Illinois, and elsewhere,

**JEFFREY SCOT ELLINGTON,**

the defendant herein, did knowingly distribute and attempt to distribute child pornography, said child pornography having been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

A True Bill.

s/ Foreperson

Foreperson

s/ Assistant U.S. Attorney

For RODGER A. HEATON
UNITED STATES ATTORNEY

TAK/dlh

2