E-FILED
Wednesday, 18 June, 2008 02:03:40 PM
Clerk, U.S. District Court, ILCD

# United States District Court

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

FILED
JUN 18 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

Jeffrey Scot Ellington

**WARRANT FOR ARREST**

08-10046

CASE NO. 08-MJ-6027

TO:  THE UNITED STATES MARSHAL and any
     AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest __Jeffrey Scot Ellington__, and bring him
                                              Name

forthwith to the nearest magistrate to answer a complaint charging him with, knowingly distributing child pornography that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer in violation of Title 18 United States Code, Section 2252A(a)(2)(A).

__John A. Gorman__                          __United States Magistrate Judge__
Name of Issuing Officer                         Title of Issuing Officer

s/ John A. Gorman

_____                     __June 04, 2008    Peoria, Illinois__
Signature of Issuing Officer                       Date and Location

Bail fixed at $ __Detention Requested__   by __John A. Gorman, United States Magistrate Judge__
                                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _Peoria_ |

| Date Received | 06/04/08 | Name of Arresting Officer | James Feehan | Signature of Arresting Officer | s/ Agent |
|---|---|---|---|---|---|
| Date of Arrest | 06/04/08 | Title of Arresting Officer | FBI/TFO | | |