E-FILED
Friday, 20 June, 2008  01:16:05 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>) |
| | ) CASE NO. **08-10046** |
| | ) |
| **Jeffrey Scot Ellington**<br>    Defendant | )<br>) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:15 p.m.** on **Thursday, August 7, 2008**.

This matter is set for Jury Trial at **9:00 a.m.** on **Monday, August 25, 2008**

at

[X] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 20th day of June, 2008

s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE